**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:16-cr-60206-GAYLES/REINHART**

**UNITED STATES OF AMERICA**

v.

**CHRISSANO S. LESLIE**,

      Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") [ECF No. 56] regarding Defendant Chrissano S. Leslie's *pro se* Motion for Return of Seized Property (the "Motion") [ECF No. 43]. On April 19, 2021, Defendant filed his Motion seeking the return of property seized during a search of his home on July 27, 2016. [ECF No. 43]. On June 4, 2021, the Court referred the Motion to Judge Reinhart, pursuant to 28 U.S.C. § 636 (b)(1)(B), for a report and recommendation. [ECF No. 49]. On June 9, 2021, Judge Reinhart ordered supplemental briefing as to the amount money that was in Defendant's wallet when it was seized. [ECF No. 50]. On January 18, 2022, Judge Reinhart issued his Report recommending that the Motion be denied as moot and without prejudice because of Defendant's release from custody, subsequent deportation to Jamaica, and his Court-appointed attorney's inability to confer with Defendant prior to his deportation. [ECF No. 56]. No objections were timely filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Reinhart's well-reasoned analysis and conclusion that the Motion should be denied as moot and without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Bruce E. Reinhart's Report and Recommendation on Motion for Return of Property (ECF No. 43), [ECF No. 56], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Chrissano S. Leslie's *pro se* Motion for Return of Seized Property, [ECF No. 43], is **DENIED as moot** and **without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of March, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE